# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 4, 2021

161581

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

OCTAVIANO E. MOLINA, JR.,
    Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

SC: 161581
COA: 353317
Genesee CC: 1998-003320-FC

On order of the Court, the application for leave to appeal the May 27, 2020 order of the Court of Appeals is considered. We DIRECT the Genesee County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order.

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 4, 2021



Clerk

t0601